UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-164-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | |
| PATRICE WILLIAMS | ) | |

Upon Motion of the United States, it is hereby ORDERED that Defendant's Motion to Modify Clerical Mistakes (DE-35) and Government's Response to Defendant's Motion in the above-captioned matter be sealed until such time as requested to be unsealed by the United States Attorney and/or ordered unsealed by the court.

This, the 7 day of October, 2014.

JAMES C. DEVER III
Chief United States District Judge