IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CR-164-D
No. 5:15-CV-89-D

| | | |
|---|---|---|
| PATRICE ANTONETTE WILLIAMS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

The United States shall file a response to petitioner's motion to vacate under 28 U.S.C. §

2255 [D.E. 50]. The response is due not later than June 5, 2015.

SO ORDERED. This **27** day of April 2015.

JAMES C. DEVER III
Chief United States District Judge