IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:13-CR-164-D-1
5:15-CV-89-D

| | |
|---|---|
| PATRICE ANTONETTE WILLIAMS, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) | **ORDER** |

The Clerk is DIRECTED to seal the filings at D.E. 75 and 76. Any party seeking the permanent sealing of either of these filings, either in whole or in part, shall file a motion seeking such relief with a supporting memorandum no later than 13 November 2017. Any response to such a motion shall be filed within 14 days after the filing of the motion. If no motion is timely filed, the Clerk is DIRECTED to unseal the filings at D.E. 75 and 76 without further order of the court. If such a motion is filed, the Clerk shall retain the filings at D.E. 75 and 76 under seal pending further order of the court.

This 27th day of October 2017.

James E. Gates
United States Magistrate Judge